AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MELVIN CHAPMAN,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:03-CV-00364-ECR-WGC**

CRAIG FARWELL, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Respondents' Motion for Judgment [47] is GRANTED.

May 18, 2012                                             **LANCE S. WILSON**
                                                                             Clerk

                                                                             /s/  M. Campbell
                                                                             Deputy Clerk